**Opinion issued May 6, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00951-CV

———————————

## IN RE JOSE DANIELA JAICO AHUMADA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF A.L.J., MINOR (DECEASED), Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Jose Daniela Jaico Ahumada, Individually and as Representative of the Estate of A.L.J., filed a petition for writ of mandamus asserting that the trial court improperly issued an order granting special appearances after relator nonsuited her case.[1] Because the challenged order was issued by the former trial court judge, this

---

[1] The underlying case is *Jose Daniela Jaico Ahumada, Individually and as Representative of the Estate of A.L.J., Minor (Deceased) v. Unique Crown Hospitality LLC, et al.*, cause number 2024-19020, pending in the 215th District Court of Harris County, Texas, the Honorable Nathan J. Milliron presiding.

original proceeding was abated to allow the successor trial court judge to reconsider the order. *See* TEX. R. APP. P. 7.2(b). The successor judge subsequently issued an "Order on Reconsideration" (1) concluding that relator's notice of nonsuit was effective before the granting of the special appearances and (2) vacating the order granting special appearances.

Relator filed a letter informing our Court that she believes the Order on Reconsideration "renders this mandamus proceeding moot and that the petition can therefore properly be dismissed as moot." We agree. *See In re Kapur*, No. 01-24-00918-CV, 2025 WL 626187, at *1 (Tex. App.—Houston [1st Dist.] Feb. 27, 2025, orig. proceeding) (mem. op.) (dismissing mandamus petition as moot where successor trial court judge vacated challenged order). Accordingly, we reinstate this original proceeding on the Court's active docket and dismiss the petition for writ of mandamus as moot. We further dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.